

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2022

No. 04-20-00228-CR

Jorge **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000030D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice

   The en banc court has considered Appellee's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.5.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2022.



Michael A. Cruz,
Clerk of Court